

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-69,810-07

### EX PARTE JAMES BELL MCCOY, SR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W02-02115V(C) IN THE 292ND DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and sentenced to thirty-five years' imprisonment.

After a review of the record, we find that Applicant's complaint regarding the denial of work time credit is without merit. *See Ex parte Palomo*, 759 S.W.2d 671, 674 (Tex. Crim. App. 1988). Therefore, we deny relief.

Applicant's claims regarding ineffective assistance of counsel and the validity of the indictment are dismissed as subsequent. TEX. CODE CRIM. PRO. Art. 11.07 §4(a)-(c).

Filed:  January 13, 2016
Do not publish